# Third District Court of Appeal
## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1329
Lower Tribunal No. 21-12864
_____

## Ortega Construction Company, LLC,
Appellant,

vs.

## Archon Air Management, Corp.,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Friedman Sklar PLLC and Rameela Chandraseka-Mangru, and Kathryn A. Slye, and Neal I. Sklar (Boca Raton), for appellant.

Kirwin Norris, P.A., and Douglas W. Ackerman, Jessica Quintana, and David M. Adelstein (Orlando), for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.